**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| E.L.F. COSMETICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA; the EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; the OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; JAMIESON GREER, in his official capacity as United States Trade Representative; the UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>    Defendants. | Court No. 26-00049<br><br>Judge __ |

**[PROPOSED] ORDER GRANTING INTERVENTION BY PROPOSED INTERVENORS VIVICA COX AND QWANTARIA RUSSELL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**

Upon consideration of the Motion to Intervene by Vivica Cox and Qwantaria Russell, on behalf of themselves and all others similarly situated it is hereby:

**ORDERED**, that the motion is granted; and it is further

**ORDERED**, that Vivica Cox and Qwantaria Russell, on behalf of themselves and all others similarly situated, be entered in this action as Plaintiffs in Intervention; and it is further

**ORDERED**, that the Complaint in Intervention be entered in this action as against e.l.f. Cosmetics, Inc., as Defendant in Intervention.

1

**SO ORDERED.**

_____
Judge
United States Court of International Trade

Dated: _____
     New York, New York