**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| E.L.F. COSMETICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Court No. 26-00049<br><br>Judge __ |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THE MOTION TO INTERVENE**

Proposed Intervenors, Vivica Cox and Qwantaria Russell, by and through their counsel, hereby file this Motion for Leave to File a Reply Brief In Support of the Motion to Intervene. In support, Proposed Intervenors state as follows:

1. On January 5, 2026, e.l.f. filed its Complaint in this action against the United States of America and other governmental defendants, seeking a declaration that the IEEPA tariffs are unlawful as applied to its entries and a full refund of all IEEPA tariffs paid to United States Customs and Border Protection. Dkt. 2.

2. On April 17, 2026, Proposed Intervenors filed their Motion to Intervene, together with a Proposed Complaint in Intervention, seeking Declaratory Relief, Unjust Enrichment, and Money Had and Received. Dkts. 8, 8-2. Proposed Intervenors are consumers who purchased e.l.f. cosmetic products during the IEEPA tariff period at prices that e.l.f. publicly and explicitly attributed to the pass-through of IEEPA tariff costs.

3. On May 8, 2026, e.l.f. filed its Opposition to Proposed Intervenors' Motion to Intervene. Dkt. 10.

4. e.l.f.'s Opposition raises several arguments in opposition to intervention, including that Proposed Intervenors are not "adversely affected or aggrieved" within the meaning of 28

U.S.C. § 2631(j)(1), that Proposed Intervenors' claims do not share a common question of law or fact with the underlying action, and that intervention would unduly delay the adjudication of this matter and prejudice e.l.f. *See generally* Dkt. 10. These arguments raise legal and factual issues as to which Proposed Intervenors have not previously had an opportunity to present the Court with full briefing.

5. Proposed Intervenors respectfully request an opportunity to reply to the arguments raised by e.l.f. in its Opposition. A reply brief is warranted in light of the significance of the jurisdictional and statutory questions presented, the novelty of the intervention issues in the context of IEEPA tariff refund proceedings, and the potential consequences to the putative class of consumers who bore the economic burden of unlawful tariffs that e.l.f. passed through in the form of higher retail prices.

6. Proposed Intervenors hereto attach their proposed Reply Brief.

7. Counsel for e.l.f. takes no position on this request.

8. For the foregoing reasons, Proposed Intervenors' Motion for Leave to File a Reply Brief in Support of their Motion to Intervene should be granted, and the Court should accept Proposed Intervenors' Reply.

Date: May 12, 2026

/ s / *Colin Gillespie*
Colin Gillespie
Adam Farra*
Times Wang*
Charee Woodard*
FARRA & WANG PLLC
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
cgillespie@farrawang.com
afarra@farrawang.com
twang@farrawang.com
cwoodard@farrawang.com
(202) 505-5990
(202) 505-6227
(202) 505-6007

*Attorneys for Intervenors*
**Pro Hac Vice Forthcoming*