**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| E.L.F. COSMETICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Court No. 26-00049<br><br>Judge __ |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Proposed Intervenors' Motion for Leave to File Reply in Support of the Motion to Intervene (the "Motion"), and the entire record herein, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, the Reply is accepted by the Court.

Dated ___________, 2026
New York, New York

_________________________________

Court of International Trade