UNITED STATES COURT OF INTERNATIONAL TRADE

E.L.F. COSMETICS, INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

Before: Richard K. Eaton, Judge

Court No. 26-00049

**ORDER**

Upon consideration of Proposed Intervenors' Motion for Leave to File a Reply in Support of the Motion to Intervene, ECF No. 11, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that Proposed Intervenors may file their reply brief on or before September 11, 2026; and it is further

**ORDERED** that oral argument is scheduled for Tuesday, October 6, 2026, at 11:00 a.m. EDT in Courtroom 1, located at One Federal Plaza, New York, New York, 10278.

/s/ Richard K. Eaton
Judge

Dated: August 25, 2026
New York, New York